Morris S. Kaplan and Lucille Kaplan, Plaintiffs-Appellants, v. Interstate Fire & Casualty Company, Defendant-Appellee.

Gen. No. 11,589.

Second District, First Division.

May 29, 1962.

Ben Copple, of Chicago, for appellants; Durka & Fisher, of Waukegan, for appellee. Opinion by JUDGE McNEAL. Not to be published in full.